UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT EARL JONES,

Plaintiff

v.

HENLY, et al.,

Defendants

Case No. 3:25-cv-00210-MMD-CSD

ORDER

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until February 27, 2026, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court **by February 27, 2026**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of Court is directed to send courtesy copies of this order and the order setting his inmate early mediation conference (ECF No. 8) to Plaintiff at High Desert State Prison.

DATED: January 28, 2026

_____
UNITED STATES MAGISTRATE JUDGE